THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHANE ZIMBLIS, Appellant. [803 NYS2d 502]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered May 11, 2004. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, upon his *Alford* plea (*see North Carolina v Alford*, 400 US 25 [1970]), of criminal possession of a weapon in the third degree (Penal Law § 265.02 [1]). Defendant contends that there was an insufficient recitation by the prosecutor concerning the facts underlying the crime to support the *Alford* plea (*cf. People v Harris*, 269 AD2d 839, 840 [2000]). That contention is unpreserved for our review (*see People v Oberdorf*, 5 AD3d 1000 [2004]), and we decline to exercise our power to address that contention as a matter of discretion in the interest of justice (*cf. id.*). Finally, the sentence is not unduly harsh or severe. Present—Green, J.P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.